FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Ahmadzai, Hares Ajmal <br> Defendant. | Case No.: SACR04-190-JVS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___history of non compliance with supervision conditions; apparent ongoing substance abuse problem; current cmty ties unknown due to failure to interview;___

1 _bail resources unknown;_

2

3 and/or

4 B. (X) The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 finding is based on _extensive criminal history record;_
8 _substance abuse history_

13   IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: _6/20/12_

            ROBERT N. BLOCK
            UNITED STATES MAGISTRATE JUDGE